## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases  Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee of Debtor Petters Company, Inc., | Adv. No. 10-04256 |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST ALAN M. MILLER AND A.M. AERO, INC.** |
| Alan M. Miller and A.M. Aero, Inc., | |
| Defendants. | |

**PLEASE TAKE NOTICE,** pursuant to Fed. R. Civ. P. 41(a)(1) as applicable to this adversary proceeding though Fed. R. Bank. Proc. 7041 and Local Rule 7041-1, that Plaintiff Douglas A. Kelly, in his capacity as the Chapter 11 Trustee of Debtor Petters Company, Inc., by

DOCS-#3605102-v1

his undersigned counsel of record, hereby dismisses, with prejudice, and without an award of costs or fees to either party, all claims asserted in this action against Defendants Alan M. Miller and A.M. Aero, Inc.

DATED: December 22, 2011

**LINDQUIST & VENNUM P.L.L.P.**

By:  /e/ Jeffrey D. Smith
Jeffrey D. Smith (0387035)
Daryle L. Uphoff (0111831)
Michael Olafson (0156693)
Adam C. Ballinger (0389058)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
www.lindquist.com

**ATTORNEYS FOR
DOUGLAS A. KELLEY
CHAPTER 11 TRUSTEE OF
PETTERS COMPANY, INC**

2